# Exhibit 1

# Example Transactions Involving Toriano Adams and Devin Simmons

1

# October 17, 2016: Kansas City Area Walmarts
## T. Adams & Simmons, ¶¶ 19-24

**Bonner Springs (¶ 20)**
2:16 – 2:25 pm
>$6,000

**Kansas City (¶ 19)**
12:50 – 1:08 pm
>$8,000

**Shawnee (¶ 21)**
2:40 – 2:47 pm
>$7,000

**Overland Park (¶ 23)**
4:27 - 4:29 pm
>$2,000

**Olathe #2 (¶ 24)**
5:05 – 5:27 pm
>$19,000

**Olathe (¶ 22)**
3:06 – 3:29 pm
>$13,000

2

# December 16, 2016: Charlotte Area Walmarts
## T. Adams & Simmons, ¶¶ 49-53

Belmont (¶ 49)
6:51 - 6:58 pm
>$3,000

Charlotte #2 (¶ 53)
11:54 – 11:57 pm
>$2,000

Gastonia (¶ 50)
8:17 pm
>$1,000

Gastonia (¶ 51)
8:49 – 8:59 pm
>$2,000

Charlotte (¶ 52)
9:42 – 9:59 pm
>$2,000

# September 11, 2017: Bentonville Area Walmarts
## T. Adams & Simmons, ¶ 84



Bentonville 100
2:44 – 2:49 pm
>$1,000

Bentonville 2741
3:21 - 3:35 pm
>$15,000

Rogers 5260
6:27 – 6:41 pm
>$15,000

Rogers 3654
4:41 – 6:01 pm
>$19,000

Springdale 4108
7:25 – 7:33 pm
>$18,000